United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHISN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| MARIA LUNA GUERRA-MARTINEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. 5:26-CV-00670 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| Respondents. | § | |

### ORDER TO SHOW CAUSE

Before the Court Petitioner's Original Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief, (Dkt. No. 1), and Petitioner's Motion for Summary Judgment, (Dkt. No. 8).

On April 17, 2026, the Court ordered Respondents to file a response to the petition and serve it on Petitioner by April 24, 2026. (Dkt. No. 5). The Court also Petitioner to serve the Petition and Order on Respondents, and it directed the Clerk to provide notice of the action via electronic mail. (*Id.*). Petitioner served Respondents via certified mail on April 17, 2026. (Dkt. No. 7). Respondents have not filed a response to the petition.

Accordingly, Respondents are hereby **ORDERED** to file a response to the petition in accordance with the Court's prior Order, (Dkt. No. 5), and show good cause for their delay by **May 6, 2026**. Should Petitioner wish to file a reply, they must do so **no later than May 13, 2026**. If Respondents fail to respond, the Court may deem the Petition unopposed.

The Court **DIRECTS** the Clerk of Court to send this Order by electronic mail to USATXS.CivilNotice@usdoj.gov.

It is so **ORDERED**.

**SIGNED** on May 1, 2026.

John A. Kazen
United States District Judge